## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| JOSEPH PINEAU, | Civil No. 10-0232 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| GREEN TREE SERVICING, LLC, | |
| Defendant. | |

_____

Lee Cassie Yates, **KROHN & MOSS, LTD**, 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiff.

Molly Borg Thornton, Brent Lindahl, and Richard Mark, **BRIGGS & MORGAN,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on April 21, 2010 [Docket No. 12].

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED with prejudice**, with each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: April 26, 2010
at Minneapolis, Minnesota.
                s/ John R. Tunheim
                JOHN R. TUNHEIM
               United States District Judge